STATE OF NEW JERSEY v. SILVINO GONZALES.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. AVERY JOHNSON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JACKSON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. KATHLEEN SILVERS.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LANCE MILES SAHA.

·June 8, 1982.

Petition for certification denied.